1  Anna Y. Park, SBN 164242
   Sue Noh, SBN 192134
2  Rumduol Vuong, SBN 264392
   Nakkisa Akhavan, CA SBN 286260
3  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
4  255 East Temple Street, Fourth Floor
5  Los Angeles, CA 90012
   Telephone:  (213) 894-1083
6  Facsimile:  (213) 894-1301
7  E-Mail: lado.legal@eeoc.gov

8  Juancarlos Jauregui, CA SBN 280492
   U.S. EQUAL EMPLOYMENT
9  OPPORTUNITY COMMISSION
10 2300 Tulare Street, Suite 215
   Fresno, CA  93721
11 Telephone:  (559) 487-5135
   Facsimile:  (559) 487-5053
12 Email: juancarlos.jauregui@eeoc.gov

13
   Attorneys for Plaintiff
14 U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   (Additional Counsel on Next Page)
15

16                **UNITED STATES DISTRICT COURT**

17                **EASTERN DISTRICT OF CALIFORNIA**

18

19 | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) Case No: 1:15-CV-01222-DAD-EPG |
| --- | --- |
| Plaintiff, | ) **STIPULATION REQUESTING CONTINUANCE OF SETTLEMENT AND SCHEDULING CONFERENCES AND ORDER THEREON** |
| vs. | |
| MAGNOLIA HEALTH CORPORATION, TWIN OAKS ASSISTED LIVING, INC., TWIN OAKS REHABILITATION AND NURSING CENTER, INC., PORTERVILLE CONVALESCENT, INC., BROWNING MANOR, INC., KAWEAH MANOR, INC., MERRITT MANOR, INC., and Does 1-10 inclusive, | |
| Defendants. | |

1  SHIRLEY D. DEUTSCH, Bar No. 76230
   deutsch@sdllp.net
2  ROBERT A. SCHWARTZ, Bar No. 92315
   schwartz@sdllp.net
3  SCHWARTZ & DEUTSCH, LLP
   333 South Hope Street, 35th Floor
4  Los Angeles, California 90071
   Telephone: (213) 236-9400
5  Facsimile:   (213) 236-9499

6  BREN K. THOMAS, Bar No. 156226
   bkthomas@littler.com
7  LITTLER MENDELSON, P.C.
   5200 No. Palm Avenue, Suite 302
8  Fresno, California 93704-2225
   Telephone: (559) 244-7500
9  Facsimile:   (559) 244-7525

10 Attorneys for Defendants
   Magnolia Health Corporation, Merritt Manor, Inc.,
11 Browning Manor, Inc., Kaweah Manor, Inc.,
   Porterville Convalescent, Inc.,
12 Twin Oaks Assisted Living, Inc., and
   Twin Oaks Rehabilitation & Nursing Center, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff U.S. Equal Employment Opportunity Commission (the "EEOC" or "Commission") and Defendants Magnolia Health Corporation, Twin Oaks Assisted Living, Inc., Twin Oaks Rehabilitation and Nursing Center, Inc., Porterville Convalescent, Inc., Browning Manor, Inc., Kaweah Manor, Inc., and Merritt Manor, Inc. (collectively "Defendants") hereby stipulate and agree as follows:

WHEREAS, the Court set a further Settlement Conference for June 10, 2016 and further set the Scheduling Conference for June 27, 2016;

WHEREAS, the EEOC delivered a draft Consent Decree to defense counsel on May 16, 2016 as ordered by the Court;

WHEREAS, the Court ordered that Defendants produce an employee discharge list and financial disclosure documents on or before May 16, 2016;

WHEREAS, due to the number of employees who have worked for Defendants in the past 2.5 years, and the need to prepare a financial report for each of the seven Defendants, Defendants require additional time to prepare and finalize the employee discharge list and financial disclosure documents and will provide the documents to the EEOC on or before June 8, 2016;

WHEREAS, the EEOC requires time to review and consider the documents provided by Defendants;

WHEREAS, counsel for the parties believe that the interests of judicial economy would be best served by postponing the Settlement and Scheduling Conferences for at least two weeks;

IT IS HEREBY STIPULATED and requested by the parties, through their respective counsel of record, that:

1. The Settlement Conference be continued to June 27, 2016 at 11 a.m.;

2. Counsel for Defendants shall submit a redlined version of the proposed Consent Decree to the EEOC on or before 5:00 p.m. on June 14, 2016;

3. Counsel for the parties shall participate in a telephone conference to discuss the terms of the proposed Settlement Agreement and the documentation produced by Defendants at 10:00 a.m. on June 21, 2016; and

4. Counsel for the parties shall submit a joint status report and final red-lined version of the Settlement Agreement with Consent Decree to the Court by noon on June 22, 2016.

IT IS SO STIPULATED.

Respectfully Submitted,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Date: June 2, 2016            By:      */s/ Nakkisa Akhavan*_____
                                       Nakkisa Akhavan
                                       Attorneys for Plaintiff EEOC

Date: June 2, 2016            By:      */s/ Shirley D. Deutsch*_____
                                       Shirley D. Deutsch
                                       Attorneys for Defendants

**ORDER**

**GOOD CAUSE APPEARING:**

1. The Settlement Conference currently set for June 10, 2016 is hereby continued to June 27, 2016 at 11:00 a.m.;

2. Counsel for Defendants shall submit a redlined version of the proposed Consent Decree to the EEOC on or before 5:00 p.m. on June 14, 2016;

3. Counsel for the parties shall participate in a telephone conference to discuss the terms of the proposed Settlement Agreement and the documentation produced by Defendants at 10:00 a.m. on June 21, 2016; and

4. Counsel for the parties shall submit a joint status report and final red-lined version of the Settlement Agreement with Consent Decree to the Court by noon on June 22, 2016.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **June 3, 2016**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE