UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MAGNOLIA HEALTH CORPORATION, TWIN OAKS ASSISTED LIVING, INC., TWIN OAKS REHABILITATION AND NURSING CENTER, INC., PORTERVILLE CONVALESCENT, INC., BROWNING MANOR, INC., KAWEAH MANOR, INC., MERRITT MANOR, INC., and Does 1-10 inclusive,<br><br>Defendants. | No. 1:15-cv-01222-DAD-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO EXTEND THE TERM OF THE CONSENT DECREE<br><br>(Doc. No. 60) |

This matter is before the court on the parties' stipulation to extend the term of the approved consent decree. (Doc. No. 60.) This action arises from alleged disability discrimination under the Americans with Disabilities Act ("ADA"). After investigating charges of discrimination and pursuant to its statutory authority, the EEOC commenced this action on August 5, 2015. (Doc. No. 1.) Specifically, the EEOC alleged that defendants failed to hire or discharged individuals who had actual, perceived, or a record of disabilities; and denied reasonable accommodations for individuals with disabilities and subjected individuals to an unlawful qualification standard. The EEOC sought both monetary and injunctive relief. (*Id.*)

After a series of settlement conferences before United States Magistrate Judge Erica P. Grosjean, the parties reached a settlement on monetary and injunctive relief. After a hearing on March 7, 2017, the court issued an order approving the consent decree and retained jurisdiction over the action for the duration of the consent decree until March 7, 2019. (Doc. No. 59.)

On March 6, 2019, the parties filed a stipulation seeking to extend the term of the consent decree from March 7, 2019 to September 30, 2019. (Doc. No. 60.) The parties state that, due to various reasons, including the sale of a facility and availability of defense counsel, defendants require an additional seven months to come into compliance with the terms of the consent decree. (*Id.* at 2.) The EEOC wishes to accommodate the extension, and both parties are committed to ensuring full compliance within the next seven months. (*Id.* at 2.) Having reviewed the stipulation, the court finds it to be appropriate. Therefore, the stipulation is granted, and the term of the consent decree will be extended until September 30, 2019.

IT IS SO ORDERED.

Dated: **March 7, 2019**

                                            UNITED STATES DISTRICT JUDGE